AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Todd Targgart | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-1927 |
| Next Bridge Hydrocarbons, Inc. et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Inter-Coastal Waterways, LLC, a Party in Interest.

Date: 06/04/2024

*Attorney's signature*

Mark R. Basile, Esq.
*Printed name and bar number*

The Basile Law Firm P.C.
390 N. Broadway, Ste. 140
Jericho, New York 11753
*Address*

mark@thebasilelawfirm.com
*E-mail address*

(516) 455-1500
*Telephone number*

(631) 498-0478
*FAX number*